United States District Court
Southern District of Texas
**ENTERED**
February 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 4:16-CR-408 |
| CHARLES EARL GROB, JR. | |

ORDER

Pending before the Court is the United States' motion to dismiss the remaining counts of the Indictment. Having considered the Motion,

IT IS ORDERED that the United States' motion is GRANTED. The following charges against Charles Earl Grob, Jr. are DISMISSED:

1. First Superseding Indictment (docket no. 86), counts 1, 9-17 against Charles Earl Grob, Jr.;

2. Second Superseding Indictment (docket no. 163), counts 1, 9-17 against Charles Earl Grob, Jr.; and

3. Third Superseding Indictment (docket no. 174), counts 1, 9-17 against Charles Earl Grob, Jr..

Signed ___Feb. 3___, at Houston, Texas.

Vanessa D. Gilmore
United States District Chief Judge

2