United States District Court
Southern District of Texas
**ENTERED**
March 05, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |
| Versus | § § § | |
| CHARLES GROB | | CRIMINAL CASE: <u>4:16CR00408-007</u> |

## ORDER TO SURRENDER

The defendant, <u>**CHARLES GROB #25429-479**</u>

having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender on **Tuesday, April 7, 2020** by 2:00 pm to:

FCI BEAUMONT LOW
5560 KNAUTH ROAD
BEAUMONT, TX 77705
409-727-8172

Signed on _MAR 5_, 2020

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE