United States District Court
Southern District of Texas
**ENTERED**
October 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CRIMINAL NO. 4:16-CR-00408-007 |
| § | |
| CHARLES EARL GROB, JR, § | |
| Defendant. § | |
| § | |

## **ORDER**

Pending before the Court is a motion to terminate supervised release filed by the Defendant, Charles Earl Grob.   After review, the Court finds the motion is DENIED.

SIGNED at Houston, Texas on October 7, 2022.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE